```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 16630
    CRYSTAL L STEPHEN
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-9785


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/15/2006 and was confirmed 04/11/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 03/04/2009.
-------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
-------------------------------------------------------------------------------
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED            .00            .00
ACCOUNT RECOVERY SERVICE  UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED          1310.00            .00         389.11
CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED            .00            .00
CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED            .00            .00
DEPENDON COLLECTION SE    UNSECURED        NOT FILED            .00            .00
PREMIER BANCARD CHARTER   UNSECURED           422.32            .00         125.45
HARVARD COLLECTION SERVI  UNSECURED        NOT FILED            .00            .00
HELVEY & ASSOC            UNSECURED        NOT FILED            .00            .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED            .00            .00
MEDICAL COLLECTIONS SYS   UNSECURED        NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           867.81            .00         257.76
NCA                       UNSECURED        NOT FILED            .00            .00
PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED            .00            .00
R&R COUNTRY MOTORS        SECURED NOT I      3347.36            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,500.00                       2,500.00
TOM VAUGHN                TRUSTEE                                            247.90
DEBTOR REFUND             REFUND                                               .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  3,520.22

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                          772.32
ADMINISTRATIVE                                   2,500.00
TRUSTEE COMPENSATION                               247.90
DEBTOR REFUND                                         .00
                         ---------------        ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 16630 CRYSTAL L STEPHEN
```

```
TOTALS                              3,520.22              3,520.22
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```